IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PRASHANT JAIN, et al.,

Plaintiffs,

vs. No. 1:22-cv-00465-SMD-LF

PAUL ANDRUS, et al.,

Defendants.

**ORDER TO FILE CLOSING DOCUMENTS PER SETTLEMENT**

Plaintiffs reached a negotiated resolution with respect to only Defendants Smith's Food & Drug Centers, Inc.; Priority Properties; and Steve Waller. IT IS THEREFORE ORDERED that closing documents with respect to Defendants Smith's, Priority Properties, and Waller must be filed no later than **Wednesday, May 21, 2025**, absent a written motion showing good cause for an extension.

Laura Fashing
United States Magistrate Judge