**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**PRASHANT JAIN**, an individual & Managing Director of Sirphey L.L.C.;

**CORTNI NUCKLOS,** Communications Director/Officer for Sirphey L.L.C.;

**SIRPHEY L.L.C.**, a domestic limited liability company,

Plaintiffs,

v. Case No. 1:22-cv-00465 SMD/LF

**PAUL ANDRUS**, Director of Community Development in the incorporated County of Los Alamos; *et al.*,

Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

In accordance with Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs hereby dismiss with prejudice all claims asserted against Defendants Board of County Commissioners of the Incorporated County of Los Alamos, Paul Andrus, Michael Arellano, Harry Burgess, J. Alvin Leaphart, Terry Priestley, Barbara Ricci, Randall Ryti, Sara Scott, and Philo Shelton ("County Defendants"), each party to bear their own attorney's fees and costs.

Respectfully Submitted:

PHILIP J. DABNEY, P.C.

By:___*/s/ Philip J. Dabney*___________________
Philip J. Dabney
Paul F. Geisik
1505 5th St., Suite C
Los Alamos, NM 87544
(505) 662-3911
phil@dabneylawpc.com
paul@dabneylawpc.com
*Attorneys for the Plaintiffs*

Approved:

SPENCER FANE, LLP

By: <u>*/s/ Randy S. Bartell*</u>
Randy S. Bartell
Angela E. Harris
Joseph Dworak
P.O. Box 2307
Santa Fe, NM 87504-2307
(505) 982-3873
rbartell@spencerfane.com
aharris@spencerfane.com
jdworak@spencerfane.com
*Attorneys for the County Defendants*

RILEY | KELLER | ALDERETE | GONZALES

By:__*via email 6-5-2025*______________________________
Carli M. Marshall
David A. Gonzales
3880 Osuna Rd., NE
Albuquerque, NM 87109
(505) 883-5030
*Attorneys for Defendant Steve Waller*

BUTT THORNTON & BAEHR PC

By:____*via email 6-5-2025*__________________________
Ryan T. Sanders
Rodney L. Schlagel
Kristin Dearth
P.O. Box 3170
Albuquerque, NM 87190-3170
Telephone: (505) 884-0777
rtsanders@btblaw.com
rlschlagel@btblaw.com
kadearth@btblaw.com
*Attorneys for Defendant Smith's Food & Drug Centers, Inc.*

CHAPMAN LAW, P.C.

By: *via email 6-5-2025*______________________
Donna L. Chapman
P.O. Box 92438
Albuquerque, NM 87199
505-301-4210
donna@chapmanlawnm.com
*Attorneys for Priority Property, L.L.C.*

**CERTIFICATE OF SERVICE**

I certify that I or my agent filed the foregoing document on June 9, 2025, which caused all counsel of record to receive service by electronic transmission.

*/s/ Randy S. Bartell*
Randy S. Bartell